App. Div.]                    First Department, March, 1925.

dismiss appeal granted, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

THE CITY OF NEW YORK, Respondent, v. CHARLES SCHLESSINGER and Others, Defendants, Impleaded with WILLIAM J. HORNE, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DOE COLBY and Others, Appellants.— Motion to dismiss appeal granted. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

CHARLOTTE H. ROSE and Another, Appellants, v. BRITELITE REALTY CO., INC., Respondent, Impleaded with Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

ELIZABETH GLENNON, Respondent, v. CHILDS COMPANY, Appellant.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

EDWARD D. FARRELL, JR., as Substituted Trustee, etc., Respondent, v. HUYLER'S, a Corporation, Appellant.— Application granted. Order signed. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

FIREMAN'S FUND INSURANCE COMPANY, Appellant, v. WALFORD FORWARDING CORPORATION, Respondent.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

IRWIN SMITH, Respondent, v. F. J. LOW CO., INC., Appellant.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

WILLIAM HOBBY, Respondent, v. HARRIS B. BECHER, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

CLASSIC THEATRE CORPORATION, Appellant, v. NATHAN L. AMSTER, Respondent, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

THE TRAVELERS INSURANCE COMPANY, Appellant, v. PEET & POWERS, Respondent.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

In the Matter of STEPHEN HOWLAND BROWN, Deceased.— Motion granted. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

CHARLES LANG, Respondent, v. EDWARD AUKSCHUN, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

SAMUEL WEINSTEIN, Respondent, v. JOB E. HEDGES, as Receiver, etc., Appellant, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

SAMUEL WEINSTEIN, Respondent, v. JOB E. HEDGES, as Receiver, etc., Appellant, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

CHARLES HARDY & RUPERTI, INC., Respondent, v. NEUSS HESSLEIN COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.